THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ELIJAH NEHEMIAH MADDEN,<br><br>Petitioner,<br><br>v.<br><br>JUDGE CHELSEA KOCH et al.,<br><br>Respondents. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:25-cv-00574-RJS<br><br>District Judge Robert J. Shelby |

On January 13, 2026, an Order was docketed in which this Court ordered Petitioner to "within thirty days SHOW CAUSE . . . why this federal habeas petition should not be dismissed under the exhaustion and abstention doctrines."[1] Petitioner has not responded, nor has he been heard from since he filed the Petition on July 16, 2025—more than seven months ago.[2]

**IT IS THEREFORE ORDERED** as follows:

**(1)** For Petitioner's failure to respond to the Court's Order to Show Cause and to prosecute this action, the Petition is **DISMISSED** without prejudice.

**(2)** A certificate of appealability is **DENIED**.

DATED this 2nd day of March 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 2, *Order to Show Cause* at 4.

[2] Dkt. 1, *Petition for Writ of Habeas Corpus*.